■ Wrae Ann Baker et al., Respondents, v State of New York, Appellant. (Claim No. 107071.) (Appeal No. 2.) [813 NYS2d 335]—Appeal from a judgment of the Court of Claims (Richard E. Sise, J.), entered December 9, 2004 in a personal injury action. The interlocutory judgment granted claimants' motion for partial summary judgment on the issue of liability pursuant to Labor Law § 240 (1) and denied defendant's cross motion for summary judgment dismissing the Labor Law § 240 (1) and § 241 (6) claims.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Gates v State of New York* ([appeal No. 1] 28 AD3d 1067 [2006]). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.

■ Michael D. Loomis et al., Respondents, v State of New York, Appellant. (Claim No. 107693.) (Appeal No. 3.) [813 NYS2d 336]—Appeal from a judgment of the Court of Claims (Richard E. Sise, J.), entered December 9, 2004 in a personal injury action. The interlocutory judgment granted claimants' motion for partial summary judgment on the issue of liability pursuant to Labor Law § 240 (1) and denied defendant's cross motion for summary judgment dismissing the Labor Law § 240 (1) and § 241 (6) claims.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on February 8, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.